

ORIGINAL

FILED

06/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0223

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0223

_____

REGINALD BALL,

      Petitioner,

v.

JAMES SALMONSEN, Warden
Montana State Prison,

      Respondent.

FILED

JUN 2 1 2022

Bowen Greenwood
Clerk of the Supreme Court
State of Montana

O R D E R

_____

In a May 18, 2022 Order, this Court directed the Attorney General or counsel for the Department of Corrections to file a response to self-represented Petitioner Reginald Ball's Petition for Writ of Habeas Corpus. Ball alleged that the Department of Corrections (Department) and the Montana State Prison (MSP) were not adhering to the Montana Interstate Corrections Compact, in applying the law of Virginia, the sending state, to him. He argued that he was at risk of losing good time credit in Virginia, based on a hearing for a serious misconduct infraction at MSP.

On June 13, 2022, Ball filed a Motion to Voluntarily Withdraw Petitioner's Writ of Habeas Corpus. He states that on June 7, 2022, he has engaged in communication with counsel for the Department, MSP's Interstate Compact Coordinator, and Virginia's Department of Corrections Coordinator "to resolve these legal issues . . . of question." He asserts that the legal issues presented in his Petition are being resolved and thus, making his matter moot at this time. Ball requests dismissal of his Petition without prejudice.

Therefore, upon good cause,

IT IS ORDERED that Ball's Motion to Voluntarily Withdraw Petitioner's Writ of Habeas Corpus is GRANTED and this matter is DISMISSED without prejudice.

IT IS FURTHER ORDERED that Ball's pending Motion for Appointment of Counsel is DENIED, as moot.

The Clerk is directed to provide a copy of this Order to counsel of record; to Wes Somogy, Department of Corrections; and to Reginald Ball personally.

DATED this 21st day of June, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices